# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ACERA SURGICAL, INC., RETECTIX, LLC, AND WASHINGTON UNIVERSITY,<br><br>  Plaintiffs,<br><br>  v.<br><br>NANOFIBER SOLUTIONS, LLC, PARAGEN TECHNOLOGIES LLC, ATREON ORTHOPEDICS LLC, AND RENOVODERM LLC,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-980-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO DISMISS COUNT V OF PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to the So Ordered Stipulation to File a Second Amended Complaint [D.I. 31], Defendants Nanofiber Solutions, LLC, Paragen Technologies LLC, Atreon Orthopedics LLC, and Renovoderm LLC (collectively, "Defendants"), by and through their attorneys, hereby submit this Motion to Dismiss Count V of Plaintiffs' Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this Motion are fully set forth in Defendants' Opening Brief in Support of Motion to Dismiss Count V of Plaintiffs' Second Amended Complaint, filed contemporaneously herewith.

114300923

| | |
|---|---|
| Of Counsel: | Respectfully submitted, |
| | /s/ James H.S. Levine |
| Andrew P. Zappia | Douglas D. Herrmann (DE Bar No. 4872) |
| (admitted *pro hac vice*) | James H.S. Levine (DE Bar No. 5355) |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| 70 Linden Oaks, Suite 210 | Hercules Plaza, 1313 Market Street |
| Rochester, NY  14625 | Suite 5100 |
| Tel: 585-270-2102 | Wilmington, DE  19801 |
| Email: andrew.zappia@troutman.com | Tel: 302-777-6536 |
| | Email: douglas.herrmann@troutman.com |
| | james.levine@troutman.com |
| | |
| | *Attorneys for Defendants Nanofiber Solutions, LLC, ParaGen Technologies LLC, Atreon Orthopedics LLC, and RenovoDerm LLC* |
| Dated:  March 23, 2021 | |

114300923