IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACERA SURGICAL, INC., RETECTIX, LLC, AND WASHINGTON UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>NANOFIBER SOLUTIONS, LLC, PARAGEN TECHNOLOGIES LLC, ATREON ORTHOPEDICS LLC, AND RENOVODERM LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-cv-980-CFC-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

WHEREAS, the Magistrate Judge issued a Report and Recommendation (D.I. 55);

WHEREAS, the Magistrate Judge recommended in the Report and Recommendation that the Court deny Defendants' motions to dismiss the Second Amended Complaint (D.I. 17, D.I. 35);

WHEREAS, Defendants filed Objections to the Report and Recommendation (D.I. 56); and

WHEREAS, the Court concludes that the Magistrate Judge's Report and Recommendation should be adopted for the reasons stated by the Magistrate Judge in her Report and Recommendation;

NOW THEREFORE, at Wilmington on this Second day of August in 2021, IT IS HEREBY ORDERED that

1. The Magistrate Judge's Report and Recommendation (D.I. 55) is ADOPTED;

2. Defendants' Objections (D.I. 56) are OVERRULED; and

3. Defendants' motions to dismiss (D.I. 17; D.I. 35) are DENIED.

_____
Chief Judge