IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ACERA SURGICAL, INC, RETECTIX, LLC, and WASHINGTON UNIVERSITY,

Plaintiffs,

v.

NANOFIBER SOLUTIONS, LLC, PARAGEN TECHNOLOGIES LLC, ATREON ORTHOPEDICS LLC, and RENOVODERM LLC,

Defendants.

AND RELATED COUNTERCLAIMS

C.A. No. 20-980 (CFC) (JLH)

**STIPULATION AND ~~[PROPOSED]~~ ORDER MODIFYING SCHEDULING ORDER AND SUPPLEMENTING SECOND AMENDED COMPLAINT**

WHEREAS, on January 28, 2022, the Court entered an amended Scheduling Order (D.I. 91);

WHEREAS, on September 16, 2022, Plaintiffs Acera Surgical, Inc., Retectix, LLC, and Washington University (collectively, "Plaintiffs") filed a Motion for Leave to File First Supplement to Second Amended Complaint ("Plaintiffs' Motion") to add U.S. Patent No. 11,224,677 (the "'677 Patent") to the case (D.I. 141);

WHEREAS, on September 30, 2022, Defendants Atreon Orthopedics LLC, Nanofiber Solutions, LLC, Paragen Technologies LLC, and Renovoderm LLC (collectively, "Defendants") filed an Answering Brief in Opposition to Plaintiffs' Motion ("Defendants' Opposition") (D.I. 144);

AND WHEREAS, in the spirit of efficiency, and to avoid the logistical issues posed by adding the '677 Patent at this stage of the case, the parties have agreed to modify the procedural schedule so as to accommodate the addition of the '677 Patent to the case;

NOW, THEREFORE, the parties stipulate and agree, subject to the approval of the Court as follows:

1. Defendants' Opposition (D.I. 144) is hereby withdrawn; and

2. The following modifications and additional deadlines to the procedural schedule shall take effect:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs file First Supplement to Second Amended Complaint adding '677 Patent | N/A | November 7, 2022 |
| Disclosures for '677 Patent under Paragraph 3 of the Scheduling Order [D.I. 59] | N/A | November 14, 2022 |
| Disclosures for '677 Patent under Paragraph 4 of the Scheduling Order [D.I. 59] | N/A | November 21, 2022 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosures for '677 Patent under Paragraphs 5 and 6 of the Scheduling Order [D.I. 59] | N/A | December 2, 2022 |
| Disclosures for '677 Patent under Paragraphs 7 and 8 of the Scheduling Order. [D.I. 59] | N/A | January 13, 2023 |
| Proposed Terms for Construction for '677 Patent | N/A | January 20, 2023 |
| Exchange Preliminary Claim Constructions for '677 Patent | N/A | January 27, 2023 |
| Meet and confer re: Joint Claim Construction Chart | N/A | February 1, 2023 |
| File Joint Claim Chart | N/A | February 3, 2023 |
| Opening Claim Construction Brief | N/A | February 10, 2023 |
| Answering Claim Construction Brief | N/A | February 24, 2023 |
| Reply Claim Construction Brief | N/A | March 3, 2023 |
| Sur-reply Claim Construction Brief | N/A | March 10, 2023 |
| File Joint Claim Construction Brief | N/A | March 17, 2023 |
| Meet and Confer re: Amended Claim Chart | N/A | March 22, 2023 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Claim Construction Hearing | N/A | April 14, 2023 at 9:00 am |
| Close of fact discovery | January 13, 2023 | June 16, 2023 |
| Opening expert reports for party with burden of proof | February 24, 2023 | July 28, 2023 |
| Responsive expert reports | March 24, 2023 | September 1, 2023 |
| Reply expert reports | April 21, 2023 | September 29, 2023 |
| Close of expert discovery | May 26, 2023 | October 27, 2023 |
| Deadline to file *Daubert* motions and dispositive motions | June 23, 2023 | November 21, 2023 |
| Joint proposed final pretrial order / Motions in limine (limit of 3)/Jury Instructions/*Voir Dire*/Verdict Forms | September 28, 2023<br><br>[21 days before final pretrial conference] | TBD |
| Pretrial conference | October 19, 2023 at 3:00 PM | TBD |
| Trial | October 30, 2023 at 8:30 AM | TBD |

SHAW KELLER LLP

/s/ Nathan R. Hoeschen

Karen E. Keller (#4489)
Andrew E. Russell (#5382)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Plaintiffs and Counterclaim Defendant*

OF COUNSEL:

Jonathan E. Bachand
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue N.W.
Suite 900
Washington, DC 20006
(202) 640-6400

Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON & BEAR, LLP
1155 Avenue of the Americas
24th Floor
New York, NY 10036
(212)849-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian P. Egan

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendants and Counterclaim Plaintiffs*

OF COUNSEL:

Michael T. Renaud
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Brad M. Scheller
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Chrysler Center
666 Third Avenue
New York, NY 10017
(212) 935-3000

Joseph F. Jennings
Benjamin J. Everton
KNOBBE, MARTENS, OLSON
& BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949)760-0404

October 27, 2022

**IT IS SO ORDERED** this 28th day of October 2022.

The Honorable Jennifer L. Hall
UNITED STATES MAGISTRATE JUDGE