IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACERA SURGICAL, INC, RETECTIX, LLC, and WASHINGTON UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>NANOFIBER SOLUTIONS, LLC, PARAGEN TECHNOLOGIES LLC, ATREON ORTHOPEDICS LLC, and RENOVODERM LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | C.A. No. 20-980-CFC-JLH |

**STIPULATION AND [PROPOSED] ORDER TO
EXTEND CERTAIN DEADLINES**

WHEREAS, pursuant to stipulation of the parties, Acera Surgical, Inc., Retectix, LLC, and Washington University (collectively "Plaintiffs") and Nanofiber Solutions, LLC, Paragen Technologies LLC, Atreon Orthopedics LLC, and Renovoderm LLC (collectively "Defendants") and Counterclaim-Plaintiff, The Research Foundation For The State University of New York ("RFSUNY"), request an extension of the deadlines of the Scheduling Order entered October 28, 2022 [D.I. 151].

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, to amend the Scheduling Order as follows:

-1-

-2-

| Event | Current Deadline | Proposed New Date |
|---|---|---|
| Proposed Terms for Construction for 677 patent | January 20, 2023 | January 24, 2023 |
| Exchange Preliminary Claim Constructions for 677 patent | January 27, 2023 | January 31, 2023 |
| Meet and Confer re: Joint claim construction chart | February 1, 2023 | February 3, 2023 |
| File Joint Claim Construction Chart | February 3, 2023 | February 7, 2023 |
| Opening Brief | February 10, 2023 | February 14, 2023 |

The parties further stipulate that *Defendants' Initial Disclosure of Invalidity Contentions Regarding U.S. Patent No. 11,224,677* served on Plaintiffs' counsel on January 16, 2023 [D.I. 161] shall be deemed timely served.

No other deadlines set forth in the October 28, 2022 Scheduling Order [D.I. 151] are altered by way of this Stipulation.

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5282)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs and Counterclaim Defendant*

*Of Counsel*:
Jonathan E. Bachand
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
1717 Pennsylvania Ave NW, Ste 900
Washington, DC 20006
(202) 640-6400

Joseph F. Jennings
Benjamin J. Everton
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
2040 Main Street 14th Floor
Irvine, CA 92614
(949) 760-0404

Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
1155 Avenue of the Americas, 24th Fl
New York, NY 10036
(212) 849-3000

Dated: January 19, 2023

/s/ Brian P. Egan
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
*Attorneys for Defendants and Counterclaim Plaintiffs*

*Of Counsel:*
Michael T. Renaud
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Brad M. Scheller
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Chrysler Center
666 Third Avenue
New York, NY 10017
(212) 935-3000

**SO ORDERED** this _____ day of _____, 2023.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge