IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACERA SURGICAL, INC., RETECTIX, LLC, and WASHINGTON UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>NANOFIBER SOLUTIONS, LLC, PARAGEN TECHNOLOGIES LLC, ATREON ORTHOPEDICS LLC, and RENOVODERM LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 20-980-CFC-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' AMENDED RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs state the following: Acera Surgical, Inc., a non-government corporate entity, has no parent company and no publically held corporation owns 10% or more interest in Acera Surgical, Inc. Retectix, LLC, a non-government corporate entity, has no parent company and no publically held corporation owns 10% or more interest in Retectix, LLC. Washington University, a non-government corporate entity, has no parent company and no publically held corporation owns 10% or more interest in Washington University. The members of Retectix, LLC are Mathew MacEwan and Julotte, LLC. The members of Julotte, LLC's are Agnes Rey-Giraud, Julie Candau Seiffert, Charlotte Candau, and Christophe Candau.

-1-

OF COUNSEL:
Jonathan E. Bachand
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, DC 20006
(202) 640-6400

Joseph F. Jennings
Benjamin J. Everton
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
1155 Avenue of the Americas
24th Floor
New York, NY 10036
(212) 849-3000

Dated: February 3, 2023

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs and Counter-Defendant*