IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACERA SURGICAL, INC,<br>RETECTIX, LLC, and<br>WASHINGTON UNIVERSITY, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-980-CFC-JLH |
| | ) | |
| NANOFIBER SOLUTIONS, LLC,<br>PARAGEN TECHNOLOGIES LLC,<br>ATREON ORTHOPEDICS LLC, and<br>RENOVODERM LLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AND RELATED COUNTERCLAIMS | ) | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Scheduling Order (D.I. 59) governing this case and as amended by the Court's October 28, 2022 Order (D.I. 151), and the Stipulation and Order Extending Deadline to File Motions for Claim Construction and Joint Claim Construction Chart ordered January 20, 2023 (D.I. 162), the parties hereby submit the attached Joint Claim Construction Chart identifying for the Court, the term(s)/phrase(s) of the claims in issue including each party's proposed construction of the disputed claim language with citation(s) only to the intrinsic evidence in support of their respective proposed constructions.

Further to the Court's Scheduling Order (D.I. 59), text-searchable PDFs of

each of the patents in issue are submitted concurrently herewith:

1) U.S. Patent No. 11,224,677 ("the '677 Patent," Exhibit A);

OF COUNSEL:
Jonathan E. Bachand
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
1717 Pennsylvania Ave NW, Ste 900
Washington, DC 20006
(202) 640-6400
jonathan.bachand@knobbe.com

Joseph F. Jennings
Benjamin J. Everton
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
2040 Main Street 14th Floor
Irvine, CA 92614
(949) 760-0404
joe.jennings@knobbe.com
ben.everton@knobbe.com

Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
1155 Avenue of the Americas, 24th Floor
New York, NY  10036
(212) 849-3000
matthew.friedrichs@knobbe.com

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
Shaw Keller llp
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Plaintiffs and Counterclaim Defendants ACERA SURGICAL, INC., RETECTIX, LLC, and WASHINGTON UNIVERSITY*

OF COUNSEL:

Michael T. Renaud
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Brad M. Scheller, Esquire
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
Chrysler Center
666 Third Avenue
New York, NY 10017
(212) 935-3000

Dated:  February 7, 2023

/s/ Brian P. Egan
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendants and Counterclaim
Plaintiffs*

## DISPUTED CLAIM TERMS

**1)** **U.S. Patent No. 11,224,677 ("the '677 Patent,"** *see* **Exhibit A hereto)**

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| commingled in the non-woven electrospun polymeric scaffold | Plain and ordinary meaning.<br><br>**Intrinsic Evidence:**<br><br>'677 Patent Claims 1-24<br><br>Patent No. 10,632,228 (hereinafter '228) Claims 1-20<br><br>'677 Patent Specification: Figure 1<br>1:25-64<br>2:65-3:31<br>4:12-14<br>4:64-5:14<br>6:8-57<br>6:66-7:28<br>7:6-33<br>9:1-5<br>10:9-17 | Indefinite, or alternatively, the first and second sets of fibers mixed throughout a thickness of the scaffold, and not providing a single layer of randomly-aligned Fibers<br><br>**Intrinsic Evidence:**<br><br>'677 Patent Claims 1, and 15 and dependents thereof<br><br>'677 Patent Specification: FIG. 1<br><br>'677 Prosecution History:<br>    Non-Final Rejection, 2021-06-24<br>    Response to Office Action, 2021-09-20 | 15 |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | 10:29-60<br>14:11-18<br>18:5-10<br>18:59-19:19<br><br>'677 Patent File History:<br><br>2021-06-24 Office Action<br><br>2021-09-20 Office Action Response<br><br>2021-10-22 Office Action<br><br>WO 2015/116917 (prior art submitted in IDS) at [0059]<br><br>US Patent No. 9,487,893 (prior art cited by Examiner) at 23:46-60<br><br>Defendants' Initial Invalidity Contentions regarding the '228 patent submitted to | Non-Final Rejection, 2021-10-22<br>Response to Office Action, 2021-10-25<br>Notice of Allowance, 2021-12-08<br>US2016/0317706 (prior art submitted in IDS)<br>WO2012/080706 (prior art submitted in IDS)<br>WO2015/116917 (prior art submitted in IDS)<br><br>Patent No. 10,632,228 (hereinafter '228) Patent Claims 1, 13, 19 and dependents thereof<br><br>'228 Patent Specification:<br>    FIG. 1<br><br>'228 Prosecution History: | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | Examiner:  ACERA0456821-457438<br><br>IPR2021-01016 ('228 Patent):<br><br>Petition for Inter Partes Review at 4, 12, 21, 25, 26, 27, 55, 56, 60 (also cited to Examiner during prosecution of the '677 patent)<br><br>Declaration of Gary E. Wnek, PhD. at ¶¶ 123, 127, 131, 159, 176, 177, 178, 179, 217, 218, 219, 309, 310, 311, 386, 388, 389, 415, 437, 439, 440, 518, 520, 521, 530<br><br>'228 Patent File History 2019-07-12 Office Action Response | Non-Final Rejection, 2018-06-15<br>Response to Office Action, 2018-11-14<br>Final Rejection, 2019-03-21<br>Response to Office Action, 2019-05-21<br>Response to Office Action, 2019-07-12<br>Applicant summary of interview with examiner, 2019-07-12<br>Applicant Initiated Interview Summary, 2019-07-25<br>Non-Final Rejection, 2019-09-19<br>Response to Office Action, 2019-10-31<br>Applicant summary of interview with examiner, 2019-10-31<br>Notice of Allowance, 2020-03-11 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | 2019-07-12 Applicant Summary of Interview with Examiner<br><br>2019-31-10 Office Action Response<br><br>2020-03-11 Notice of Allowance | IPR2021-01016:<br>    Petition for Inter Partes Review, 2021-05-28 at pp. 7-11, 25-27<br>    EX1002 to Petition, 2021-05-28, at ¶¶ 72, 84-90, 121-132, 153-184, 200-228, 294-324, 368-418, 437-441, 518-541<br>    Patent Owner Response, 2022-05-08, at pp. 5, 11-20, 24-26, 40-42<br>    Patent Owner Sur-Reply, 2022-06-29 at pp. 1, 4, 6-7, 12-13<br>    Hearing Transcript, 2022-09-15, at 7:5-8:6, 12:15-13:3, 26:25-37:25 | |
| first set of non-woven electrospun polymeric fibers; | Plain and ordinary meaning.<br><br>**Intrinsic Evidence:** | a first collection of non-woven electrospun polymeric fibers; a second collection of | 15, 16, and 17 |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| second set of non-woven electrospun polymeric fibers | '677 Patent Claims 1-30<br><br>'677 Patent Specification:<br><br>Figure 1<br>1:25-64<br>2:65-3:31<br>4:12-14<br>4:64-5:14<br>6:8-57<br>6:66-7:28<br>7:6-33<br>9:1-5<br>10:9-17<br>10:29-60<br>14:11-18<br>18:5-10<br>18:59-19:19<br><br><br>'677 Patent File History:<br><br>2021-06-24 Office Action | non-woven electrospun polymeric fibers<br><br>**Intrinsic Evidence:**<br><br>'677 Patent Claims 1-3, 15-17, 25, and 30 and dependents thereof<br><br>'677 Patent Specification:<br>    2:60-3:64<br>    6:16-22<br>    6:46-57<br>    8:6-31<br>    9:1-10<br>    10:29-34<br>    11:65-12:3<br>    12:12-57<br><br>'677 Prosecution History:<br>    Non-Final Rejection, 2021-06-24<br>    Response to Office Action, 2021-09-20 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Non-Final Rejection, 2021-10-22 Response to Office Action, 2021-10-25 Notice of Allowance, 2021-12-08 US2016/0317706 (prior art submitted in IDS) WO2012/080706 (prior art submitted in IDS) WO2015/116917 (prior art submitted in IDS)<br><br>'228 Patent Claims 1, 13, 19 and dependents thereof<br><br>'228 Prosecution History: Non-Final Rejection, 2018-06-15 Response to Office Action, 2018-11-14 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Final Rejection, 2019-03-21<br>Response to Office Action, 2019-05-21<br>Response to Office Action, 2019-07-12<br>Applicant summary of interview with examiner, 2019-07-12<br>Applicant Initiated Interview Summary, 2019-07-25<br>Non-Final Rejection, 2019-09-19<br>Response to Office Action, 2019-10-31<br>Applicant summary of interview with examiner, 2019-10-31<br>Notice of Allowance, 2020-03-11 | |
| pores formed by the first set of nonwoven electrospun polymeric fibers and the second set of non- | open spaces between fibers<br><br>**Intrinsic Evidence:** | open spaces between individual fibers formed | 15 |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| woven electrospun polymeric fibers | '677 Patent Claims 1-30<br><br>'228 Patent Claims 1, 3<br><br>'677 Patent Specification: 8:48-55 | during the electrospinning process<br><br>**Intrinsic Evidence:**<br><br>'677 Patent Claims 1, 11, 14, 15, and 25 and dependents thereof<br><br>'677 Patent Specification:<br>8:48-55<br>18:59-19:14<br>FIG. 1<br><br>'677 Prosecution History:<br>Non-Final Rejection, 2021-06-24<br>Response to Office Action, 2021-09-20<br>Non-Final Rejection, 2021-10-22<br>Response to Office Action, 2021-10-25<br>Notice of Allowance, 2021-12-08 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | US2016/0317706 (prior art submitted in IDS) WO2012/080706 (prior art submitted in IDS) WO2015/116917 (prior art submitted in IDS)<br><br>'228 Prosecution History: Non-Final Rejection, 2018-06-15 Response to Office Action, 2018-11-14 Final Rejection, 2019-03-21 Response to Office Action, 2019-05-21 Response to Office Action, 2019-07-12 Applicant summary of interview with examiner, 2019-07-12 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Applicant Initiated Interview Summary, 2019-07-25 Non-Final Rejection, 2019-09-19 Response to Office Action, 2019-10-31 Applicant summary of interview with examiner, 2019-10-31 Notice of Allowance, 2020-03-11<br><br>IPR2021-01016: Petition for Inter Partes Review, 2021-05-28 at pp. 28-29, 37-38, 57-58 EX1002 to Petition, 2021-05-28, 190-192, 239-243, 398-402, Patent Owner Response, 2022-05-08 at 20-23, 35-37, 45 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Petitioner's Reply, 2022-06-13 at 15, 15-17<br>EX1032 to Petitioner's Reply, 2022-06-13, at ¶¶ 18-22, 50-52<br>Patent Owner Sur-Reply, 2022-06-29 at pp. 113, 17-<br>Final Written Decision, 2022-12-13, at pp. 17-22, 28-29, 33 | |
| top/bottom surface | Plain and ordinary meaning.<br><br>**Intrinsic Evidence:**<br><br>'677 Patent Claims 1-30<br><br>'677 Patent Specification:<br>9:15-18<br>9:34-38<br>9:55-67<br>10:1-2<br>11:3-7<br>11:23-26 | top generally planar exterior face of the scaffold bottom generally planar exterior face of the scaffold<br><br>**Intrinsic Evidence:**<br><br>'677 Patent Claims 1 and 15 and dependents thereof<br><br>'677 Patent Specification:<br>6:1-38<br>8:56-62 | 15 and 18 |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | 11:43-60<br><br>'677 Patent File History:<br><br>2021-06-24 Office Action<br><br>2021-09-20 Office Action Response<br><br>2021-10-22 Office Action<br><br>2021-10-25 Office Action Response<br><br>2021-12-08 Notice of Allowance<br><br>IPR2021-01016 ('228 Patent):<br><br>Nanofiber's Reply to Acera's Response to Petition at 19-23<br><br>Final Written Decision at 22-26 | 9:11-10:7<br>10:38-58<br>10:65-11:63<br>16:19-32<br><br>'677 Prosecution History:<br>    Non-Final Rejection, 2021-06-24<br>    Response to Office Action, 2021-09-20<br>    Non-Final Rejection, 2021-10-22<br>    Response to Office Action, 2021-10-25<br>    Notice of Allowance, 2021-12-08<br>    US2016/0317706 (prior art submitted in IDS)<br>    WO2012/080706 (prior art submitted in IDS)<br>    WO2015/116917 (prior art submitted in IDS) | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | '228 Patent Claims 1, 13, 19 and dependents thereof<br><br>'228 Prosecution History:<br>    Non-Final Rejection, 2018-06-15<br>    Response to Office Action, 2018-11-14<br>    Final Rejection, 2019-03-21<br>    Response to Office Action, 2019-05-21<br>    Response to Office Action, 2019-07-12<br>    Applicant summary of interview with examiner, 2019-07-12<br>    Applicant Initiated Interview Summary, 2019-07-25<br>    Non-Final Rejection, 2019-09-19<br>    Response to Office Action, 2019-10-31 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Applicant summary of interview with examiner, 2019-10-31 Notice of Allowance, 2020-03-11<br><br>IPR2021-01016:<br>    Petition for Inter Partes Review, 2021-05-28, at 7-9, 17-18, 34-37, 38-41, 44-47, 64-65, 70<br>    EX1002 to Petition, 2021-05-28, at ¶¶ 65-69, 84, 144-148, 231-237, 245-259, 266-280, 312-317, 327-366, 452-472, 480-487, 494-499<br>    Patent Owner Response, 2022-05-08, at 26-37<br>    Petitioner's Reply, 2022-06-13, at 18-23 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | EX1032 to Petitioner's Reply, 2022-06-13, at ¶¶ 26, 30-49<br>Patent Owner Sur-Reply, 2022-06-29, at pp.14-23<br>Hearing Transcript, 2022-09-15 at 16:1-25:18, 32:19-36:10, 38:15-39:22, 42:7-22.<br>Final Written Decision, 2022-12-13, at pp. 21-27, 30 | |
| protrusions arising from the top or bottom surface | Plain and ordinary meaning.<br><br>**Intrinsic Evidence**<br><br>'677 Patent Claims 4-7, 18-21, 27<br><br>'228 Patent Claims 1, 7, 8, 11, 12, 14, 17-19 | structures identifiably distinct and extending from the generally planar exterior face of the scaffold<br><br>**Intrinsic Evidence:**<br><br>'677 Patent Claims 4-7, 18-21 and 27 and dependents thereof | 18 |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | '677 Patent Specification:<br>9:11-31<br>9:51-67<br>10:1-7<br>10:65-67<br>11:1-19<br>11:39-62<br><br>'677 Patent File History:<br><br>2021-06-24 Office Action<br><br>2021-09-20 Office Action Response<br><br>2021-10-22 Office Action<br><br>2021-10-25 Office Action Response<br><br>2021-12-08 Notice of Allowance<br><br>IPR2021-01016 ('228 Patent): | '677 Patent Specification:<br>Abstract<br>1:25-30<br>4:64-67<br>5:6-14<br>6:39-46<br>6:66-7:2<br>8:56-62<br>9:11-10:7<br>10:65-63<br><br>'677 Prosecution History:<br>Non-Final Rejection, 2021-06-24<br>Response to Office Action, 2021-09-20<br>Non-Final Rejection, 2021-10-22<br>Response to Office Action, 2021-10-25<br>Notice of Allowance, 2021-12-08<br>US2016/0317706 (prior art submitted in IDS) | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | Nanofiber's Reply to Acera's Response to Petition at 19-23<br><br>Final Written Decision at 22-26 | WO2012/080706 (prior art submitted in IDS)<br>WO2015/116917 (prior art submitted in IDS)<br><br>'228 Patent Claims 1, 13, 19 and dependents thereof<br><br>'228 Prosecution History:<br>Non-Final Rejection, 2018-06-15<br>Response to Office Action, 2018-11-14<br>Final Rejection, 2019-03-21<br>Response to Office Action, 2019-05-21<br>Response to Office Action, 2019-07-12<br>Applicant summary of interview with examiner, 2019-07-12 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Applicant Initiated Interview Summary, 2019-07-25 Non-Final Rejection, 2019-09-19 Response to Office Action, 2019-10-31 Applicant summary of interview with examiner, 2019-10-31 Notice of Allowance, 2020-03-11 | |
| | | IPR2021-01016: Petition for Inter Partes Review, 2021-05-28, at pp. 7-8, 38-47, 68 EX1002 to Petition, 2021-05-28, at ¶¶ 65, 82-85, 245-295, 315-357, 456-525, 547-566 Patent Owner Response, 2022-05-08, at pp. 5-6, 26-35 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Petitioner's Reply, 2022-06-13, at pp 18-25<br>EX1032 to Petitioner's Reply, 2022-06-13, at ¶¶ 30-49<br>Patent Owner Sur-Reply, 2022-06-29, at pp. 17-23<br>Hearing Transcript, 2022-09-15, at 17:16-25:13, 32:19-39:22<br>Final Written Decision, 2022-12-13, at pp. 21-27 | |
| depressions in the top or bottom surface | Plain and ordinary meaning. Plaintiffs agree a mere pore, is not a "depression" in the surface.<br><br>**Intrinsic Evidence**<br><br>'677 Patent Claims 4-6, 8, 18-21, 27 | dimples identifiably formed in the generally planar exterior face of the scaffold, and not open spaces between individual fibers formed during the electrospinning process.<br><br>**Intrinsic Evidence:** | 18 |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | '228 Patent Claims 1, 7-10, 14-16, 19<br><br>'677 Patent Specification:<br>9:31-67<br>10:1-7<br>10:65-67<br>11:1-2<br>11:19-62<br><br>'677 Patent File History:<br><br>2021-06-24 Office Action<br><br>2021-09-20 Office Action Response<br><br>2021-10-22 Office Action<br><br>2021-10-25 Office Action Response<br><br>2021-12-08 Notice of Allowance | '677 Patent Claims 4-6, 8, 18-9, 21, and 27 and dependents thereof<br><br>'677 Patent Specification:<br>9:29-10:7<br>10:65-11:63<br>18:62-66<br><br>'677 Prosecution History:<br>Non-Final Rejection, 2021-06-24<br>Response to Office Action, 2021-09-20<br>Non-Final Rejection, 2021-10-22<br>Response to Office Action, 2021-10-25<br>Notice of Allowance, 2021-12-08<br>US2016/0317706 (prior art submitted in IDS) | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | IPR2021-01016 ('228 Patent):<br><br>Nanofiber's Reply to Acera's Response to Petition at 19-23<br><br>Final Written Decision at 22-26 | WO2012/080706 (prior art submitted in IDS)<br>WO2015/116917 (prior art submitted in IDS)<br><br>'228 Patent Claims 1, 13, 19 and dependents thereof<br><br>'228 Prosecution History:<br>    Non-Final Rejection, 2018-06-15<br>    Response to Office Action, 2018-11-14<br>    Final Rejection, 2019-03-21<br>    Response to Office Action, 2019-05-21<br>    Response to Office Action, 2019-07-12<br>    Applicant summary of interview with examiner, 2019-07-12 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Applicant Initiated Interview Summary, 2019-07-25<br>Non-Final Rejection, 2019-09-19<br>Response to Office Action, 2019-10-31<br>Applicant summary of interview with examiner, 2019-10-31<br>Notice of Allowance, 2020-03-11<br><br>IPR2021-01016:<br>Petition for Inter Partes Review, 2021-05-28, at pp. 7-8, 38-47, 68<br>EX1002 to Petition, 2021-05-28 at ¶¶ 65, 82-85, 245-295, 315-357, 456-525, 547-566<br>Patent Owner Response, 2022-05-08, at pp. 5-6, 26-35 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Petitioner's Reply, 2022-06-13, at pp. 18-25<br>EX1032 to Petitioner's Reply, 2022-06-13, at ¶¶ 30-49<br>Patent Owner Sur-Reply, 2022-06-29, at pp. 17-23<br>Hearing Transcript, 2022-09-15, at 17:16-25:13, 32:19-39:22<br>Final Written Decision, 2022-12-13, at pp. 21-27 | |
| poly(lactide-co-caprolactone) | poly(L-lactide-co-ε-caprolactone)<br><br>**Intrinsic Evidence:**<br><br>'677 Patent Specification:<br><br>7:45<br>7:46-47<br>8:17-29 | either poly(L-lactide-co-ε-caprolactone) or poly(D-lactide-co- ε-caprolactone)<br><br>**Intrinsic Evidence:**<br><br>'677 Patent Claims 15 and 28 and dependents thereof<br><br>'677 Patent Specification: | 22 |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | 12:17-18<br>12:19-20<br>12:38-39<br>12:40-41<br><br>'677 File History:<br><br>Article cited on face of patent: ACERA0456489-508<br><br>'228 Patent File History:<br><br>2018-06-15 Office Action<br><br>2018-11-14 Office Action Response<br><br>2019-05-21 Office Action Response<br><br>IPR2021-01016 ('228 Patent):<br><br>Ex. 2003 (Deposition of Gary E. Wnek) at 113:3-115:2. | 2:65-3:65<br>7:29-59<br>12:12-53<br><br>'677 Prosecution History:<br>    Non-Final Rejection, 2021-06-24<br>    Response to Office Action, 2021-09-20<br>    Non-Final Rejection, 2021-10-22<br>    Response to Office Action, 2021-10-25<br>    Notice of Allowance, 2021-12-08<br>    US2016/0317706 (prior art submitted in IDS)<br>    WO2012/080706 (prior art submitted in IDS)<br>    WO2015/116917 (prior art submitted in IDS) | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | Nanofiber's Reply to Acera's Response to Petition at 30-31. | '228 Prosecution History:<br>Non-Final Rejection, 2018-06-15<br>Response to Office Action, 2018-11-14<br>Final Rejection, 2019-03-21<br>Response to Office Action, 2019-05-21<br>Response to Office Action, 2019-07-12<br>Applicant summary of interview with examiner, 2019-07-12<br>Applicant Initiated Interview Summary, 2019-07-25<br>Non-Final Rejection, 2019-09-19<br>Response to Office Action, 2019-10-31<br>Applicant summary of interview with examiner, 2019-10-31 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Notice of Allowance, 2020-03-11<br><br>IPR2021-01016:<br>    Petition for Inter Partes Review, 2021-05-28, at pp. 4, 14, 21-27, 29-31, 42, 53-55, 61-62.<br>EX1002 to Petition, 2021-05-28, at ¶¶ 125-132, 174-177, 189-220,307-311, 379-385, 431-436,<br>Patent Owner Response, 2022-05-08, at pp. 1-2, 18-19, 23, 39-40, 43-45.<br>Petitioner's Reply, 2022-06-13, at pp. 8-1430-31<br>EX1032 to Petitioner's Reply, 2022-06-13, at ¶¶ 9-15, 58-59 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Final Written Decision, 2022-12-13, at pp. 4, 11-16 | |