IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACERA SURGICAL, INC, RETECTIX, LLC, and WASHINGTON UNIVERSITY,<br><br>     Plaintiffs,<br><br>  v.<br><br>NANOFIBER SOLUTIONS, LLC, PARAGEN TECHNOLOGIES LLC, ATREON ORTHOPEDICS LLC, and RENOVODERM LLC,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 20-980-CFC-JLH |
| AND RELATED COUNTERCLAIMS | ) ) | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Scheduling Order (D.I. 59) governing this case and as amended by the Court's October 28, 2022 Order (D.I. 151), and the Stipulation and Order Extending Deadline to File Motions for Claim Construction and Joint Claim Construction Chart ordered January 20, 2023 (D.I. 162), the parties hereby submit the attached Joint Claim Construction Chart identifying for the Court, the term(s)/phrase(s) of the claims in issue including each party's proposed construction of the disputed claim language with citation(s) only to the intrinsic evidence in support of their respective proposed constructions.

Further to the Court's Scheduling Order (D.I. 59), text-searchable PDFs of each of the patents in issue are submitted concurrently herewith:

1) U.S. Patent No. 11,224,677 ("the '677 Patent," Exhibit A)

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
Attorneys for Plaintiffs and Counterclaim Defendants

Of Counsel:
Jonathan E. Bachand
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave NW, Ste 900
Washington, DC 20006
(202) 640-6412

Joseph F. Jennings
Benjamin J. Everton
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street 14th Floor
Irvine, CA 92614
(949) 760-0404

Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON & BEAR, LLP
1155 Avenue of the Americas, 24th Floor
New York, NY 10036
(212) 849-3000

Dated: March 30, 2023

/s/ Brian P. Egan
Jack B. Blumenfeld (No. 1014)
Brian P. Egan (No. 6227)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel: 302 658-9200
jblumenfeld@morrisnichols.com
began@@@morrisnichols.com
Attorneys for Defendants and Counterclaimants

Of Counsel:
Michael T. Renaud
Mintz, Levin, Cohn, Ferris, Glovsky And Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
mtrenaud@mintz.com

Brad M. Scheller
Mintz, Levin, Cohn, Ferris, Glovsky And Popeo, P.C.
Chrysler Center
666 Third Avenue
New York, NY 10017
Tel: 212-935-3000
BMScheller@mintz.com
Acera_Nanofiber@mintz.com

## DISPUTED CLAIM TERMS

1)    **U.S. Patent No. 11,224,677 ("the '677 Patent,"** *see* **Exhibit A hereto)**

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| commingled in the non-woven electrospun polymeric scaffold | Plain and ordinary meaning (i.e., the two fibers sets are mixed or blended in the scaffold)<br><br>**Intrinsic Evidence:**<br><br>'677 Patent Claims 1-24<br><br>Patent No. 10,632,228 (hereinafter '228) Claims 1-20<br><br>'677 Patent Specification:<br><br>Figure 1<br>1:25-64<br>2:65-3:31<br>4:12-14<br>4:64-5:14<br>6:8-57<br>6:66-7:28 | The first and second sets of fibers are each randomly oriented, but not together in a single layer.<br><br>**Intrinsic Evidence:**<br><br>'677 Patent Claims 1, and 15 and dependents thereof<br><br>'677 Patent Specification: FIG. 1<br><br>'677 Prosecution History:<br><br>Non-Final Rejection, 2021-06-24<br><br>Response to Office Action, 2021-09-20 | 15 |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | 7:6-33<br>9:1-5<br>10:9-17<br>10:29-60<br>14:11-18<br>18:5-10<br>18:59-19:19<br><br>'677 Patent File History:<br><br>2021-06-24 Office Action<br><br>2021-09-20 Office Action Response<br><br>2021-10-22 Office Action<br><br>WO 2015/116917 (prior art submitted in IDS) at [0059]<br><br>US Patent No. 9,487,893 (prior art cited by Examiner) at 23:46-60 | Non-Final Rejection, 2021-10-22<br><br>Response to Office Action, 2021-10-25<br><br>Notice of Allowance, 2021-12-08<br><br>US2016/0317706 (prior art submitted in IDS)<br><br>WO2012/080706 (prior art submitted in IDS)<br><br>WO2015/116917 (prior art submitted in IDS)<br><br>Patent No. 10,632,228 (hereinafter '228) Patent Claims 1, 13, 19 and dependents thereof | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | Defendants' Initial Invalidity Contentions regarding the '228 patent submitted to Examiner: ACERA0456821-457438<br><br>IPR2021-01016 ('228 Patent):<br><br>Petition for Inter Partes Review at 4, 12, 21, 25, 26, 27, 55, 56, 60 (also cited to Examiner during prosecution of the '677 patent)<br><br>Declaration of Gary E. Wnek, PhD. at ¶¶ 123, 127, 131, 159, 176, 177, 178, 179, 217, 218, 219, 309, 310, 311, 386, 388, 389, 415, 437, 439, 440, 518, 520, 521, 530<br><br>'228 Patent File History 2019-07-12 Office Action Response | '228 Patent Specification: FIG. 1<br><br>'228 Prosecution History:<br><br>Non-Final Rejection, 2018-06-15<br><br>Response to Office Action, 2018-11-14<br><br>Final Rejection, 2019-03-21<br><br>Response to Office Action, 2019-05-21<br><br>Response to Office Action, 2019-07-12<br><br>Applicant summary of interview with examiner, 2019-07-12<br><br>Applicant Initiated | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | 2019-07-12 Applicant Summary of Interview with Examiner<br><br>2019-31-10 Office Action Response<br><br>2020-03-11 Notice of Allowance | Interview Summary, 2019-07-25<br><br>Non-Final Rejection, 2019-09-19<br><br>Response to Office Action, 2019-10-31<br><br>Applicant summary of interview with examiner, 2019-10-31<br><br>Notice of Allowance, 2020-03-11<br><br>IPR2021-01016: Petition for Inter Partes Review, 2021-05-28 at pp. 7-11, 25-27<br><br>EX1002 to Petition, 2021-05-28, at ¶¶ 72, 84-90, 121-132, 153-184, 200-228, 294-324, | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | 368-418, 437-441, 518-541<br><br>Patent Owner Response, 2022-05-08, at pp. 5, 11-20, 24-26, 40-42<br><br>Patent Owner Sur-Reply, 2022-06-29 at pp. 1, 4, 6-7, 12-13<br><br>Hearing Transcript, 2022-09-15, at 7:5-8:6, 12:15-13:3, 26:25-37:25 | |
| poly(lactide-co-caprolactone) | poly(L-lactide-co-ε-caprolactone)<br><br>**Intrinsic Evidence:**<br><br>'677 Patent Specification:<br><br>7:45<br>7:46-47 | poly(L-lactide-co-caprolactone), poly(D-lactide-co-caprolactone), and/or poly(DL-lactide-co-caprolactone)<br><br>**Intrinsic Evidence:** | 22 |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
|  | 8:17-29<br>12:17-18<br>12:19-20<br>12:38-39<br>12:40-41<br><br>'677 File History:<br><br>Article cited on face of patent: ACERA0456489-508<br><br>'228 Patent File History:<br><br>2018-06-15 Office Action<br><br>2018-11-14 Office Action Response<br><br>2019-05-21 Office Action Response<br><br>IPR2021-01016 ('228 Patent):<br><br>Ex. 2003 (Deposition of Gary | '677 Patent Claims 15 and 28 and dependents thereof<br><br>'677 Patent Specification:<br><br>2:65-3:65<br>7:29-59<br>12:12-53<br><br>'677 Prosecution History:<br><br>Non-Final Rejection, 2021-06-24<br><br>Response to Office Action, 2021-09-20<br><br>Non-Final Rejection, 2021-10-22<br><br>Response to Office Action, 2021-10-25<br><br>Notice of Allowance, 2021-12-08 |  |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | E. Wnek) at 113:3-115:2.<br><br>Nanofiber's Reply to Acera's Response to Petition at 30-31. | US2016/0317706 (prior art submitted in IDS)<br><br>WO2012/080706 (prior art submitted in IDS)<br><br>WO2015/116917 (prior art submitted in IDS)<br><br>'228 Prosecution History:<br><br>Non-Final Rejection, 2018-06-15<br><br>Response to Office Action, 2018-11-14<br><br>Final Rejection, 2019-03-21<br><br>Response to Office Action, 2019-05-21 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Response to Office Action, 2019-07-12<br><br>Applicant summary of interview with examiner, 2019-07-12<br><br>Applicant Initiated Interview Summary, 2019-07-25<br><br>Non-Final Rejection, 2019-09-19<br><br>Response to Office Action, 2019-10-31<br><br>Applicant summary of interview with examiner, 2019-10-31<br><br>Notice of Allowance, 2020-03-11 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | IPR2021-01016:<br><br>Petition for Inter Partes Review, 2021-05-28, at pp. 4, 14, 21-27, 29-31, 42, 53-55, 61-62.<br><br>EX1002 to Petition, 2021-05-28, at ¶¶ 125-132, 174-177, 189-220,307-311, 379-385, 431-436,<br><br>Patent Owner Response, 2022-05-08, at pp. 1-2, 18-19, 23, 39-40, 43-45.<br><br>Petitioner's Reply, 2022-06-13, at pp. 8-1430-31<br><br>EX1032 to Petitioner's Reply, 2022-06-13, at ¶¶ 9-15, 58-59 | |

| '677 Patent Claim Term/Phrase to be Construed | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence | Claim(s) in which Term Appears |
|---|---|---|---|
| | | Final Written Decision, 2022-12-13, at pp. 4, 11-16 | |