IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ACERA SURGICAL, INC, RETECTIX, LLC, and WASHINGTON UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>NANOFIBER SOLUTIONS, LLC, PARAGEN TECHNOLOGIES LLC, ATREON ORTHOPEDICS LLC, and RENOVODERM LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-980-CFC-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Acera Surgical, Inc., Retectix LLC and Washington University (collectively, "Plaintiffs") and Defendants Nanofiber Solutions, LLC, Paragen Technologies LLC, Atreon Orthopedics LLC and Renovoderm LLC (collectively, "Defendants"), by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, including all claims, counterclaims, and defenses asserted therein. Plaintiffs and Defendants shall each bear their own costs and attorneys' fees.

/s/ *Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Andrew Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

OF COUNSEL:
Jonathan E. Bachand
Amanda K. Taylor
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, DC 20006
(202) 640-6400

Joseph F. Jennings
Benjamin J. Everton
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

Matthew S. Friedrichs
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
1155 Avenue of the Americas
24th Floor
New York, NY 10036
(212) 849-3000

Dated: September 8, 2023

/s/ *Brian P. Egam*
Jack B. Blumenfeld (No. 1014)
Brian P. Egan (No. 6227)
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
*Attorneys for Defendants*

OF COUNSEL:
Brad M. Scheller
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, NY 10017
(212) 692-6761

Michael T. Renaud
Serge Subach
Robert C. Sweeney
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

SO ORDERED this  12th  day of  September, 2023.

_____
The Honorable Colm F. Connolly
United States District Judge